U.S. Bankruptcy Court
Northern District of Illinois

In re:

Bankruptcy Case No. **19-22878**
WESTLAKE PROPERTY HOLDINGS, LLC

Debtor

Adversary Proceeding No. **21-00152**
IRA BODENSTEIN, THE CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF PIPELINE WESTLAKE HOSPITAL, LLC

Plaintiff

v.

MEDTRONIC USA, INC., D/B/A MEDTRONIC SD USA, INC.

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

To: MEDTRONIC USA, INC., D/B/A MEDTRONIC SD USA, INC.

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Northern District of Illinois<br>219 S Dearborn<br>Chicago, IL 60604 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Thomas E Springer<br>300 South County Farm Road<br>Suite G<br>Wheaton, IL 60187 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | | |
|---|---|---|
| | Appear Using Zoom for Government Judge Thorne<br>By video, use link: https://www.zoomgov.com/<br>By telephone, call 1-669-254-5252 or 1-646-828-7666.<br>Enter meeting ID 160 9362 1728. No passcode required. | Status Hearing Date and Time<br>10/21/2021 at 09:30AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued
08 / 05 / 2021

*Jeffrey P. Allsteadt*
Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

Ira Bodenstein, the chapter 7 trustee for the bankruptcy estate of Pipeline - Westlake Hospital et al. v. Medtronic USA, Inc., d/b/a Medtronic SD USA, Inc.,

Plaintiff v Defendant

Adv Proc No: 21-00152

## CERTIFICATE OF SERVICE

I, __Thomas E. Springer__, certify that service of this summons and a copy of the complaint was made ___8-13-2021___ by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: SEE ATTACHED SERVICE LIST

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date   __8/13/2021__     Signature   __/s/ Thomas E. Springer/s/__

Print Name:   Thomas E. Springer

Business Address:   Springer Larsen Greene, LLC
300 S. County Farm Road, Suite G
Wheaton, IL 60134

## SERVICE LIST

Attn: President/Vice President
Legal Counsel or Legal Department
Medtronic USA, Inc.
710 Medtronic Parkway NE
Minneapolis, MN 55432


Illinois Corporation
801 Adlai Stevenson
Springfield, IL 62703