**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| WESTLAKE PROPERTY HOLDINGS, LLC, *et al.*, | Case No. 19-22878 (Jointly Administered) |
| Debtors. | Hon. Deborah L. Thorne |
| IRA BODENSTEIN, the chapter 7 trustee for the bankruptcy estate of Pipeline – Westlake Hospital, LLC, | |
| Plaintiff, | |
| v. | Adv. No. 21-152 |
| MEDTRONIC USA, INC., D/B/A MEDTRONIC SD USA, INC., | |
| Defendant. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) (made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041), Ira Bodenstein, the Plaintiff and trustee appointed in the above-captioned chapter 7 case, hereby dismisses the above-captioned adversary proceeding with prejudice:

                                                                       Ira Bodenstein, not individually, but as Chapter 7 Trustee

Dated: March 8, 2022                                                     By: */s/ Joshua D. Greene /s/*
                                                                                 One of his attorneys

Joshua D. Greene
Springer Larsen Greene, LLC
300 South County Farm Road, Suite G
Wheaton, IL 60187
630.510.0000
jgreene@springerbrown.com